**EXHIBITS A-H**

# BINDER & BINDER - THE NATIONAL SOCIAL SECURITY DISABILITY ADVOCATES (NY), LLC

## INFORMATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

## EXHIBIT A - TOP 20 UNSECURED CREDITORS[1]

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Stellus Capital Management, LLC**<br>4400 Post Oak Parkway<br>Suite 2200<br>Houston, TX 77027 | **Robert Collins**<br>Stellus Capital Management, LLC<br>4400 Post Oak Parkway<br>Suite 2200<br>Houston, TX 77027<br>(713) 292-5434<br>rcollins@stelluscapital.com | **Note (Unsecured)** | | 16,748,577.70 |
| **Intergrated Media Solutions**<br>650 5th Avenue<br>35th Floor<br>New York, NY 10019-6108 | **Julio Villeda**<br>Intergrated Media Solutions<br>909 3rd Ave., 31st Floor<br>New York, NY 10022<br>(212) 373-9594 | **Trade debt** | | 2,743,820.68 |
| **Google, Inc.**<br>Dept. 33654<br>P. O. Box 39000<br>San Francisco, CA 94139 | **Carmen Bonayon**<br>Google, Inc.<br>1600 Amphitheater Pkwy<br>Mountain View, CA 94043-1351<br>(866) 954-0453 X8544 | **Trade debt** | | 821,299.37 |
| **LexisNexis**<br>P. O. Box 7247-7090<br>Philadelphia, PA 19170-7090 | **Donna Russomagno**<br>LexisNexis c/o Martindale Hubble<br>121 Chanlon Road<br>New Providence, NJ 07974<br>(800) 526-4902 X5432 | **Trade debt** | | 200,172.60 |
| **Yahoo! Inc.**<br>P. O. Box 89-4147<br>Los Angeles, CA 90189-4147 | **Beige Nelson**<br>Yahoo! Inc.<br>14010 FNB Parkway<br>Omaha, NE 68154<br>(402) 686-2121<br>Beigen@yahoo.com | **Trade debt** | | 175,205.75 |
| **Information Analysis Inc.**<br>11240 Waple Mill Road<br>Suite 201<br>Fairfax, VA 22030 | **Matt Sands**<br>Information Analysis Inc.<br>11240 Waple Mill Road, Ste 201<br>Fairfax, VA 22030<br>(717) 659-7566 | **Trade debt** | | 158,568.00 |
| **CenturyLink**<br>Business Services<br>P. O. Box 52187<br>Phoenix, AZ 85072-2187 | **George Santos**<br>CenturyLink<br>665 Lexington Ave. Mansfield, OH 44907<br>(516) 712-3042<br>gbileast@centurylink.com | **Trade debt** | | 126,299.39 |

---

[1] Nothing herein shall constitute an acknowledgment or admission by the Debtors with respect to the amount of any claim or extent, validity, or priority of any lien.

| | | | | |
|---|---|---|---|---|
| **Webmetro**<br>9197 S. Peoria Stret<br>Englewood, CO 80112 | **Carin Hughes**<br>Webmetro<br>9197 S. Peoria Stret<br>Englewood, CO 80112 (909) 599-8885 | **Trade debt** | | 109,615.56 |
| **De Lage Landen**<br>P. O. Box 41602<br>Philadelphia, PA 19102-1602 | **Contracts/Customer Service**<br>De Lage Landen<br>1111 Old Eagle School Road<br>Wayne, PA 19087-1453<br>(800) 736-0220 | **Trade debt** | | 108,141.98 |
| **W. B. Mason Co., Inc.**<br>P. O. Box 981101<br>Boston, MA 02298-1101 | **Don Potts/Lou Tager**<br>W. B. Mason Co., Inc.<br>59 Centre Street Brockton, MA 02301<br>(508) 436-8788 | **Trade debt** | | 106,755.48 |
| **Teaktronics, Inc.**<br>220 Jericho Turnpike<br>Mineola, NY 11501 | **Roger Zheng**<br>Teaktronics, Inc.<br>220 Jericho Turnpike<br>Mineola, NY 11501 (516) 741-8001 | **Trade debt** | | 85,329.30 |
| **TGI Office Automation**<br>120 3rd Street<br>Brooklyn, NY 11231 | **Angelo Perrone**<br>TGI Office Automation<br>1860 Walt Whitman Road<br>Brooklyn, NY 11231 (631) 712-6980<br>X2102 | **Trade debt** | | 65,042.27 |
| **WLNY-TV**<br>P. O. Box 28132<br>New York, NY 10087-8132 | **Henry J. Malloy, Jr.**<br>WLNY-TV<br>1700 Broadway, 10th Floor<br>New York, NY 10019 (212) 975-1739 | **Trade debt** | | 54,672.00 |
| **United Welfare Fund**<br>138-50 Queens Blvd. Jamaica, NY 11435 | **United Welfare Fund**<br>138-50 Queens Blvd. Jamaica, NY 11435 | **Health benefits** | | 48,401.18 |
| **United Service Workers Sec. Division**<br>138-50 Queens Blvd. Jamaica, NY 11435 | **United Service Workers Sec. Division**<br>138-50 Queens Blvd. Jamaica, NY 11435 | **Security fund** | | 45,032.00 |
| **North Country**<br>P. O. Box 951415<br>Dallas, TX 75395-1415 | **Stephanie Beecroft**<br>North Country<br>721 2nd Street South Great Falls, MT 59405 (406) 761-7877 | **Trade debt** | | 41,209.00 |
| **Bullseye Telecom**<br>c/o First Place Bank<br>P. O. Box 33025<br>Detroit, MI 48232-5025 | **Julie Knight**<br>Bullseye Telecom<br>25925 Telegraph Road, Ste 210<br>Southfield, MI 48033 (248) 784-2591<br>jknight@bullseyetelcom.com | **Trade debt** | | 37,861.11 |
| **American Express**<br>P. O. Box 360001<br>Fort Lauderdale, FL 33336-0001 | **American Express**<br>P. O. Box 360001<br>Fort Lauderdale, FL 33336-0001 | **Trade debt** | | 33,849.23 |
| **Promenet, Inc.**<br>42 Broadway<br>16th Floor<br>New York, NY 10004 | **Nicholas Sidoti**<br>Promenet, Inc.<br>42 Broadway, 16th Floor New York, NY 10004 (646) 723-4119 | **Trade debt** | | 31,847.47 |

| News 12 Networks, LLC<br>P. O. Box 392068<br>Pittsburgh, PA 15251-9068 | Nancy Finelli/Linda Powell<br>News 12 Networks, LLC<br>1111 Stewart Ave.<br>Bethpage, NY 11714<br>(516) 803-5380 | Trade debt | | 28,473.50 |
|---|---|---|---|---|

**BINDER & BINDER - THE NATIONAL SOCIAL SECURITY DISABILITY ADVOCATES (NY), LLC**
**INFORMATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2**
**EXHIBIT B - TOP 5 SECURED CREDITORS[1]**

| Claimant | Description | Estimated Collateral Value | Claim Amount | Presently Disputed? |
|---|---|---|---|---|
| US Bank National Association, as agent<br>Special Assets Group<br>461 Fifth Avenue<br>New York, NY 10017 | Prepetition Credit Facility | Unknown | $23,048,233 | No |
| CIT<br>21719 Network Place<br>Chicago, IL 60673-1217 | Equipment Lease | Unknown | $37,184.57 | No |
| Dell Financial Services<br>Payment Processing Center<br>P.O. Box 5292<br>Carol Stream, IL 60197-5292 | Equipment Lease | Unknown | $1,831.88 | No |

[1] Nothing herein shall constitute an acknowledgment or admission by the Debtors with respect to the amount of any claim or extent, validity, or priority of any lien.

**BINDER & BINDER - THE NATIONAL SOCIAL SECURITY DISABILITY ADVOCATES (NY), LLC**
INFORMATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2
EXHIBIT C[1]

US$000's

### ASSETS[2]

| | |
|---|---:|
| Cash in Bank | $761 |
| Petty Cash | 4 |
| Net Accounts Receivable | 8,613 |
| Deposits | 518 |
| Net Furniture, Fixtures and Equiment | 1,191 |
| Copyrights | 200 |
| Other Intangible Assets | unknown |
| Total Assets | $11,287 |

### LIABILITIES[3]

| | |
|---|---:|
| General Unsecured Creditors | $23,287 |
| Unpaid Wages and Employee Benefits | $1,400 |
| Secured Claims - Banks | 23,048 |
| Secured Claims - Other | 39 |
| Total Liabilties | $47,774 |

---

[1] The data presented herein has not been audited or reviewed pursuant to rules established by the American Institute of Certified Public Accountants, the Securities Exchange Commission or any other federal, state, local or international professional associations or government entities. The data presented herein is based on the Debtors' internally prepared books and records.

[2] All assets are recorded at book value and may or may not represent the market value of such assets. Assets values as reported herein are based on the Debtors' books and records as of October 31, 2014.

[3] All liabilities are recorded at book value and may or may not represent the actual amount owed after taking into account additional fees, interests, costs and other increases to the debts owed and settlements or other decreases of the debts owed. Reporting a liability is not an admission by the Debtors that such amount is due and the Debtors' reserve the rights to amend or adjust the liabilities.

**BINDER & BINDER - THE NATIONAL SOCIAL SECURITY DISABILITY ADVOCATES (NY), LLC**
**INFORMATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2**
**EXHIBIT D**

| Custodian | Amount | |
|---|---|---|
| Plum Voice | $1,400.00 | |
| CT Networks | $6,000.00 | |
| BGE | $563.00 | |
| Con Edison | $12,435.00 | |
| **Total Utility/Other Deposits** | **$20,398.00** | |
| | | |
| AG/FP Siete Square LLC | $7,000.00 | |
| City Center Commercial | $9,554.70 | |
| SMIII Sepulveda Center, LLC | $23,562.76 | |
| Arrowhead Profession. Center, LP | $5,100.00 | |
| Premier Office Centers, LLC | $619.50 | |
| GPI-OCS, LLC | $180,025.20 | |
| Parkway Center, LLC | $3,924.38 | |
| Highwoods Realty Limited Part. | $17,905.65 | |
| One Broward Blvd Holdings LLC | $6,605.13 | |
| JPMCC 2005-CIBC 13 Olandville | $2,800.25 | |
| Parameter Clairmont, LLC | $5,435.00 | |
| 209 JAX Owner, LLC | $100,000.00 | |
| 901, LLC | $2,906.25 | |
| Highwoods Realty Limited Partnership | $8,223.29 | |
| Diversified Capital-Newark, LLC | $2,520.00 | |
| 375 N. Broadway Associates LP | $5,525.10 | |
| Empire State Realty Trust | $40,653.75 | |
| JFK Investments Associates, LP | $16,667.82 | |
| Hartman 1960 Properties LLC | $5,340.00 | |
| Esko Houston, LLC | $4,404.75 | |
| EP Office Holdings, LP | $4,850.63 | |
| Clise Inc & Hammer Co. | $3,816.00 | |
| Regus Management Group, LLC | $4,018.00 | (Sacramento, CA office) |
| Regus Management Group, LLC | $4,896.00 | (San Diego, CA office) |
| Regus Management Group, LLC | $5,879.00 | (Hartford, CT office) |
| Regus Management Group, LLC | $6,462.00 | (St. Louis, MO office) |
| Regus Management Group, LLC | $2,778.00 | (Livonia, MI office) |
| Regus Management Group, LLC | $3,078.00 | (New Orleans, LA office) |
| Regus Management Group, LLC | $3,402.00 | (Richmond, VA office) |
| Regus Management Group, LLC | $9,596.00 | (Washington, DC office) |
| **Total Lease Deposits** | **$497,549.16** | |
| | | |
| **TOTAL DEPOSITS** | **$517,947.16** | |

**BI BINDER & BINDER - THE NATIONAL SOCIAL SECURITY DISABILITY ADVOCATES (NY), LLC**
**INFORMATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2**
**EXHIBIT E - LEASED PREMISES**

|    | Street Address |  | City | State | Zip |
|----|---|---|---|---|---|
| 1  | 3877 N 7th St | Suite 305 | Phoenix | AZ | 85014 |
| 2  | 22320 Foothill Boulevard | Suite 230 | Hayward | CA | 94541 |
| 3  | 3415 S Sepulveda Blvd | Suite 670 | Los Angeles | CA | 90034 |
| 4  | 770 The City Drive S. | Suite 2000 | Orange | CA | 92868 |
| 5  | 777 Campus Commons Road | Suite 200 | Sacramento | CA | 95825 |
| 6  | 600 North Arrowhead Ave | Suite 201 | San Bernardino | CA | 94201 |
| 7  | 501 W. Broadway | Suite 800 | San Diego | CA | 92101 |
| 8  | 1901 E. 4th Street | Suite 310 | Santa Ana | CA | 92705 |
| 9  | 1391 Speer Blvd. | Suite 250 | Denver | CO | 80204 |
| #  | 100 Pearl Street | Suite 1411 | Hartford | CT | 06103 |
| #  | 1 E Broward Blvd | Suite 800 | Ft. Lauderdale | FL | 33301 |
| #  | 3452 Lake Lynda Drive | Suite 365 | Orlando | FL | 32817 |
| #  | 3109 W. Dr. Martin Luther King Blv | Fourth Floor | Tampa | FL | 33607 |
| #  | 1776 "I" Street NW | 9th Floor | Washington | DC | 20006 |
| #  | 160 Clairemont Avenue | Suite 470 | Decatur | GA | 30030 |
| #  | 209 W Jackson Blvd | Fifth Floor | Chicago | IL | 60606 |
| #  | 201 St. Charles Avenue | Suite 2500 | New Orleans | LA | 70170 |
| #  | 1010 Park Avenue | Suite 103 | Baltimore | MD | 21201 |
| #  | 18728 Canterbury Drive |  | Livonia | MI | 48152 |
| #  | Two City Place Drive | Suite 200 | St. Louis | MO | 63141 |
| #  | 4800 Falls of the Neuse Road | Suite 120 | Raleigh | NC | 27609 |
| #  | 24 Commerce Street | Suite 425 | Newark | NJ | 07102 |
| #  | 34 Industrial Street |  | Bronx | NY | 10461 |
| #  | 300 Rabro Drive East |  | Hauppauge | NY | 11788 |
| #  | 33-00 Northern Boulevard |  | Long Island City | NY | 11101 |
| #  | 60 E 42nd St | Suite 520 | New York | NY | 10165 |
| #  | 50 Main Street | Suite 1001 | White Plains | NY | 10606 |
| #  | 9201 4th Avenue | Suite 703 | Brooklyn | NY | 11209 |
| #  | 375 North Broadway | Suite 102 | Jericho | NY | 11753 |
| #  | 155 East Broad Street |  | Columbus | OH | 43215 |
| #  | 1880 John F Kennedy Blvd | Suite 800 | Philadelphia | PA | 19103 |
| #  | 8111 Lyndon B Johnson Freeway | Suite 700 | Dallas | TX | 75251 |
| #  | 4635 Southwest Freeway | Suite 330 | Houston | TX | 77027 |
| #  | 6802 Paragon Place | Suite 410 | Richmond | VA | 23230 |
| #  | 2033 6th Ave | Suite 308 | Seattle | WA | 98121 |

**BINDER & BINDER - THE NATIONAL SOCIAL SECURITY DISABILITY ADVOCATES (NY), LLC**
**INFORMATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2**
**EXHIBIT F**

| Debtor | Location of Substantial Assets | Location of Books and Records |
|---|---|---|
| Binder & Binder - The National Security Disability Advocates (NY), LLC | 300 Rabro Drive East Hauppauge, NY 11788 | 300 Rabro Drive East Hauppauge, NY 11788 |
| SSDI Holdings, Inc. | 300 Rabro Drive East Hauppauge, NY 11788 | 300 Rabro Drive East Hauppauge, NY 11788 |
| Binder & Binder - The National Security Disability Advocates LLC | 300 Rabro Drive East Hauppauge, NY 11788 | 300 Rabro Drive East Hauppauge, NY 11788 |
| The Rep for Vets LLC | 3109 W Dr. Martin Luthur King Jr. Blvd, 4th Floor Tampa, FL 33607 | 300 Rabro Drive East Hauppauge, NY 11788 |
| National Veterans Disability Advocates LLC | 3109 W Dr. Martin Luthur King Jr. Blvd, 4th Floor Tampa, FL 33607 | 300 Rabro Drive East Hauppauge, NY 11788 |
| Social Security Express Ltd. | 300 Rabro Drive East Hauppauge, NY 11788 | 300 Rabro Drive East Hauppauge, NY 11788 |
| Binder & Binder - The National Security Disability Advocates (AZ), LLC | 3877 N. 7th Street, Suite #305 Phoenix, AZ 85014 | 300 Rabro Drive East Hauppauge, NY 11788 |
| Binder & Binder - The National Security Disability Advocates (CA), LLC | 770 The City Drive S. Suite #200 Orange, CA 92868 | 300 Rabro Drive East Hauppauge, NY 11788 |
| Binder & Binder - The National Security Disability Advocates (CO), LLC | 1391 Speer Blvd., Suite #250 Denver, CO 80204 | 300 Rabro Drive East Hauppauge, NY 11788 |
| Binder & Binder - The National Security Disability Advocates (CT), LLC | 100 Pearl Street Hartford, CT 06103 | 300 Rabro Drive East Hauppauge, NY 11788 |
| Binder & Binder - The National Security Disability Advocates (FL), LLC | 3109 W Dr. Martin Luthur King Jr. Blvd, 4th Floor Tampa, FL 33607 | 300 Rabro Drive East Hauppauge, NY 11788 |
| Binder & Binder - The National Security Disability Advocates (GA), LLC | None | 300 Rabro Drive East Hauppauge, NY 11788 |
| Binder & Binder - The National Security Disability Advocates (IL), LLC | 209 W Jackson Blvd. 5th Floor Chicago, IL 60606 | 300 Rabro Drive East Hauppauge, NY 11788 |

**BINDER & BINDER - THE NATIONAL SOCIAL SECURITY DISABILITY ADVOCATES (NY), LLC**
**INFORMATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2**
**EXHIBIT F**

| Debtor | Location of Substantial Assets | Location of Books and Records |
|---|---|---|
| Binder & Binder - The National Security Disability Advocates (MD), LLC | 1010 Park Avenue Suite #103 Baltimore, MD 21201 | 300 Rabro Drive East Hauppauge, NY 11788 |
| Binder & Binder - The National Security Disability Advocates (MO), LLC | Two City Place Drive Suite #200 St. Louis, MO 63141 | 300 Rabro Drive East Hauppauge, NY 11788 |
| Binder & Binder - The National Security Disability Advocates (NJ), LLC | Federal Trust Building 24 Commerce Street, Ste #425 Newark, NJ 07102 | 300 Rabro Drive East Hauppauge, NY 11788 |
| Binder & Binder - The National Security Disability Advocates (NC), LLC | None | 300 Rabro Drive East Hauppauge, NY 11788 |
| Binder & Binder - The National Security Disability Advocates (OH), LLC | 155 East Columbus Street Columbus, OH 43215 | 300 Rabro Drive East Hauppauge, NY 11788 |
| Binder & Binder - The National Security Disability Advocates (PA), LLC | 1880 John F. Kennedy Blvd. Suite #800 Philadelphia, PA 19103 | 300 Rabro Drive East Hauppauge, NY 11788 |
| Binder & Binder - The National Security Disability Advocates (TX), LLC | 4635 Southwest Freeway Suite #330 Houston, TX 77027 | 300 Rabro Drive East Hauppauge, NY 11788 |
| Binder & Binder - The National Security Disability Advocates VA, LLC | 6802 Paragon Place Suite #410 Richmond, VA 23230 | 300 Rabro Drive East Hauppauge, NY 11788 |
| Binder & Binder - The National Security Disability Advocates (WA), LLC | 2033 6th Avenue Suite #308 Seattle, WA 98121 | 300 Rabro Drive East Hauppauge, NY 11788 |
| Binder & Binder - The National Security Disability Advocates (LA), LLC | 201 St. Charles Avenue Suite #2500 New Orleans, LA 70170 | 300 Rabro Drive East Hauppauge, NY 11788 |
| Binder & Binder - The National Security Disability Advocates (MI), LLC | 18728 Canterbury Drive Livonia, MI 48152 | 300 Rabro Drive East Hauppauge, NY 11788 |
| Binder & Binder - The National Security Disability Advocates (DC), LLC | 1776 "I" Street NW 9th Floor Washington, DC 20006 | 300 Rabro Drive East Hauppauge, NY 11788 |

**BINDER & BINDER - THE NATIONAL SOCIAL SECURITY DISABILITY ADVOCATES (NY), LLC**
**INFORMATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2**
**EXHIBIT G**

| Debtor | Officers/Tenure | Responsibility |
|---|---|---|
| SSDI Holdings, Inc. | President/CEO, William Nolan<br><br>August 27, 2010 to present | Govern the organization by establishing broad policies and objectives;<br>Select, appoint, support and review the performance of the officers;<br>Ensure the availability of adequate financial resources;<br>Approve annual budgets;<br>Set the salary and compensation of company management; and,<br>Other duties normally required by presidents and chief executive officers of similar companies. |
| SSDI Holdings, Inc. | Vice President, Shaun Fitzgibbon<br>August 27, 2010 to present | Govern the organization by establishing broad policies and objectives;<br>Select, appoint, support and review the performance of the officers;<br>Ensure the availability of adequate financial resources;<br>Approve annual budgets;<br>Set the salary and compensation of company management; and,<br>Other duties normally required by vice presidents of similar companies. |
| All Other Debtors | President and CEO, Charles Binder<br><br>August 27, 2010 to present | Responsible for providing strategic leadership<br>Establish long range goals, plans and policies;<br>Other duties normally required by CEO's and presidents of similar companies. |
| All Other Debtors | COO and Treasurer, Harry Binder<br><br>August 27, 2010 to present | Directs, administers and coordinates the internal operational activities in accordance with policies, goals and objectives established by the CEO;<br>Other duties normally required by COO's and treasurers of similar companies. |
| All Other Debtors | CFO, Jim Sileo<br><br><br><br>February 1, 2014 to present | Accountable for the administrative and financial operations of the company including the development of a financial and operational strategy, metrics tied to that strategy and the ongoing development and monitoring of control systems;<br>Other duties normally required by CFO's of similar companies. |

**BINDER & BINDER - THE NATIONAL SOCIAL SECURITY DISABILITY ADVOCATES (NY), LLC**
**INFORMATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2**
**EXHIBIT H**

Amount proposed to be paid in the thirty (30) day period following the filing of the Chapter 11 petition:

1) Payroll, including fees, salaries (exclusive of officers, directors, stockholders and partners):
$3,213,464

2) Services by officers, stockholders, directors and financial or business consultants:
$286,536

3) Estimated cash receipts: $4,750,000
   Estimated cash disbursements (including above amounts): $6,261,400
   Net cash gain or loss: ($1,511,400)
   Receivables expected to accrue but remaing unpaid: $2,700,000
   Obligations expected to accrue but remaing unpaid: $880,000