**KATTEN MUCHIN ROSENMAN LLP**
John J. Ramirez
575 Madison Avenue
New York, New York 10022-2585
Tel. (212) 940-8800
Fax. (212) 940-8776

and

Kenneth J. Ottaviano (*pro hac vice pending*)
Karin H. Berg *(pro hac vice pending)*
525 West Monroe Street
Chicago, IL 60661-3693
Tel.  (312) 902-5200
Fax. (312) 902-1061

*Attorneys for U.S. Bank National Association
in its capacity as Agent and Lender*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Binder & Binder – The National Social Security Disability Advocates (NY), LLC, *et al*.,[1] | : | Case No. 14-23728 (RDD) |
| | : | (Joint Administration Requested) |
| Debtors. | | |

---------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** ***PRO HAC VICE***

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (1) Binder & Binder - The National Social Security Disability Advocates (NY), LLC (1450); (2) SSDI Holdings, Inc. (3038); (3) Binder & Binder – The National Social Security Disability Advocates LLC (8580); (4) Binder & Binder - The National Social Security Disability Advocates (AZ), LLC (5887); (5) Binder & Binder - The National Social Security Disability Advocates (CA), LLC (1456); (6) Binder & Binder - The National Social Security Disability Advocates (CO), LLC (0945); (7) Binder & Binder - The National Social Security Disability Advocates (CT), LLC (0206); (8) Binder & Binder - The National Social Security Disability Advocates (FL), LLC (1455); (9) Binder & Binder - The National Social Security Disability Advocates (GA), LLC (4768); (10) Binder & Binder - The National Social Security Disability Advocates (IL), LLC (1457); (11) Binder & Binder - The National Social Security Disability Advocates (MD), LLC (3760); (12) Binder & Binder - The National Social Security Disability Advocates (MO), LLC (2108); (13) Binder & Binder - The National Social Security Disability Advocates (NJ), LLC (1454); (14) Binder & Binder - The National Social Security Disability Advocates (NC), LLC (1460); (15) Binder & Binder - The National Social Security Disability Advocates (OH), LLC (7827); (16) Binder & Binder - The National Social Security Disability Advocates (PA), LLC (1453); (17) Binder & Binder - The National Social Security Disability Advocates (TX), LLC (1458); (18) Binder & Binder - The National Social Security Disability Advocates VA, LLC (7875); (19) Binder & Binder - The National Social Security Disability Advocates (WA), LLC (0225); (20) Binder & Binder - The National Social Security Disability Advocates (LA), LLC (8426); (21) Binder & Binder - The National Social Security Disability Advocates (MI), LLC (8762); (22) Binder & Binder - The National Social Security Disability Advocates (DC), LLC (5265); (23) The Rep for Vets LLC (6421); (24) National Veterans Disability Advocates LLC (dba The Rep for Vets LLC) (7468); and (25) The Social Security Express Ltd. (4960) (collectively, the "Debtors").

101962821

I, Kenneth J. Ottaviano, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent U.S. Bank National Association in its capacity as Agent and Lender in the above-captioned case.

*I certify that I am a member in good standing* of the bar of the State Illinois, and a member of the bar of the Supreme Court of Illinois, and admitted to practice before the United States District Court for the Northern District of Illinois, Northern District of Indiana and Western District of Wisconsin.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  December 19, 2014
         New York, New York

       /s/Kenneth J. Ottaviano
Kenneth J. Ottaviano, Esq.
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693
Tel:  312-902-5200
Fax:  312-902-1061

101962821