UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                                                   :    Case No. 14-23728 (RDD)
                                                                                            :
BINDER & BINDER –                                                        :    Chapter 11
The National Social Security Disability Advocates   :
(NY), LLC, et al.,                                                            :    Jointly Administered
                                                                                            :
                           Debtors.                :
---------------------------------------------------------------x

**NOTICE OF APPOINTMENT OF OFFICIAL
COMMITTEE OF UNSECURED CREDITORS**

      William K. Harrington, United States Trustee for Region 2, pursuant to Sections 1102(a) and (b) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve to the Official Committee of Unsecured Creditors of Binder & Binder – The National Social Security Disability Advocates (NY), LLC, et al. and affiliated debtors in possession:

1. Stellus Capital Investment Corporation
   4400 Post Oak Parkway, Suite 2200
   Houston, TX  77027
   Attention:  Robert R. Collins, Managing Director
   Telephone: (713) 292-5434
   Fax:  (713) 292-5450
   E-Mail:  RCollins@stelluscapital.com

2. United Service Workers Union, Local 455 IUJAT & Related Funds
   138-50 Queens Boulevard
   Briarwood, NY 11435
   Attention:  Vincent Dippolito
   Telephone: (718) 658-4848 ext. 1255
   Fax:  (718) 523-4732

3. T&G Industries, Inc.
   120 Third Street
   Brooklyn, NY 11231
   Attention:  Edmund J. Carroll, CFO/COO
   Telephone:  (718) 237-0060
   E-Mail:  ecarroll@tgioa.com

    4.    WB Mason Co.
          59 Centre Street
          Brockton, MA 02301
          Attention: Lisa Fiore, Recovery Specialist
          Telephone: (508) 436-8365
          E-Mail: Lisa.Fiore@WBMason.com

    5.    Teaktronics, Inc.
          220 Jericho Turnpike
          Mineola, NY 11501
          Attention: Roger Zheng, Vice President
          Telephone: (516) 741-8001
          Fax: (516) 741-8002
          E-Mail: rogerz@teaktronics.com

Dated: New York, New York
       January 8, 2015

                                      Sincerely,

                                      WILLIAM K. HARRINGTON
                                      UNITED STATES TRUSTEE

                                      By */s/ Susan D. Golden*
                                            Susan D. Golden
                                            Trial Attorney
                                            Office of the United States Trustee
                                            201 Varick Street, Room 1006
                                            New York, NY 10014
                                            Tel. (212) 510-0500