KLESTADT WINTERS JURELLER
 SOUTHARD & STEVENS, LLP
Proposed Counsel to the Official Committee of
 Unsecured Creditors
Tracy L. Klestadt
Sean C. Southard
Fred N. Stevens
Joseph C. Corneau
570 Seventh Avenue, 17th Floor
New York, New York 10018
(212) 972-3000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Binder & Binder – The National Social Security Disability Advocates (NY), LLC, *et al*. | : : : | Case No. 14-23728 (RDD) Jointly Administered |
| | : | |
| Debtors. | : : | |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Klestadt Winters Jureller Southard & Stevens LLP hereby appears as proposed counsel for the Official Committee of Unsecured Creditors in these Chapter 11 cases. Pursuant to Rules 2002, 7005 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Klestadt Winters Jureller Southard & Stevens, LLP requests that all notices given or required to be given in these cases, and all papers served or required to be served in this case, be given and served upon the undersigned at the following office addresses:

> Klestadt Winters Jureller Southard & Stevens, LLP
> Tracy L. Klestadt (tklestadt@klestadt.com)
> Sean C. Southard (ssouthard@klestadt.com)
> Fred N. Stevens  (fstevens@klestadt.com)
> Joseph C. Corneau (jcorneau@klestadt.com)
> 570 Seventh Avenue
> 17th Floor
> New York, New York 10018

        T:  (212) 972-3000
        F:  (212) 972-2245

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telegraph, telex or otherwise which may affect in any way (i) any interest in (a) property of the estate or (b) property which is claimed to be property of the estate or (ii) the rights of any person with respect to property of the estate or property claimed to be property of the estate.

Dated: New York, New York
    January 8, 2015

        KLESTADT WINTERS JURELLER
         SOUTHARD  & STEVENS, LLP

        By: /s/ Tracy L. Klestadt
          Tracy L. Klestadt
          Sean C. Southard
          Fred N. Stevens
          Joseph C. Corneau
        570 Seventh Avenue, 17th Floor
        New York, New York 10018
        T: (212) 972-3000
        F: (212) 972-2245

        *Proposed attorneys for the*
        *Official Committee of Unsecured Creditors*