UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

In re                                              :          Case No. 14-23728 (RDD)
                                                   :
BINDER & BINDER –                                  :          Chapter 11
The National Social Security Disability Advocates  :
(NY), LLC, et al.,                                 :          Jointly Administered
                                                   :
                            Debtors.               :
------------------------------------------------------------------x

## NOTICE OF APPOINTMENT OF RECONSTITUTED
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, United States Trustee for Region 2, pursuant to Sections 1102(a)

and (b) of title 11, United States Code, hereby appoints the following unsecured creditors that are

willing to serve to the Official Committee of Unsecured Creditors of Binder & Binder – The

National Social Security Disability Advocates (NY), LLC, et al. and affiliated debtors in

possession:

1.    United Service Workers Union, Local 455 IUJAT & Related Funds
      138-50 Queens Boulevard
      Briarwood, NY 11435
      Attention:  Vincent Dippolito
      Telephone: (718) 658-4848 ext. 1255
      Fax:  (718) 523-4732

2.    T&G Industries, Inc.
      120 Third Street
      Brooklyn, NY 11231
      Attention:  Edmund J. Carroll, CFO/COO
      Telephone:  (718) 237-0060
      E-Mail:  ecarroll@tgioa.com

3.    WB Mason Co.
      59 Centre Street
      Brockton, MA 02301
      Attention:  Lisa Fiore, Recovery Specialist
      Telephone: (508) 436-8365
      E-Mail:  Lisa.Fiore@WBMason.com

    4.       Teaktronics, Inc.
               220 Jericho Turnpike
               Mineola, NY 11501
               Attention: Roger Zheng, Vice President
               Telephone: (516) 741-8001
               Fax: (516) 741-8002
               E-Mail:  rogerz@teaktronics.com

Dated: New York, New York
       January 30, 2015

                         Sincerely,

                         WILLIAM K. HARRINGTON
                         UNITED STATES TRUSTEE

                         By */s/ Susan D. Golden*
                             Susan D. Golden
                             Trial Attorney
                             Office of the United States Trustee
                             201 Varick Street, Room 1006
                             New York, NY 10014
                             Tel. (212) 510-0500

2