UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Binder & Binder – The National Social Security Disability Advocates (NY), LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-23728 (RDD)<br><br>(Jointly Administered) |

**STAFFING REPORT BY DEVELOPMENT SPECIALISTS, INC.
FOR THE PERIOD OF DECEMBER 19, 2014 THROUGH FEBRUARY 28, 2015**

In accordance with the *Order Under 11 U.S.C. §§ 105(a) and 363(b) Order (I) Authorizing Development Specialists, Inc. to Provide The Debtors With a Chief Restructuring Officer and Additional Personnel, and (II) Designating William A. Brandt, Jr. as Chief Restructuring Officer to the Debtors Effective as of the Petition Date* entered January 30, 2015 [Docket No. 100] (the "**Retention Order**") and pursuant to the terms of the engagement letter executed on December 18, 2014 (the "**Engagement Letter**"); Development Specialists, Inc.

---

[1] The "Debtors" in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (1) Binder & Binder - The National Social Security Disability Advocates (NY), LLC (1450); (2) SSDI Holdings, Inc. (3038); (3) Binder & Binder - The National Social Security Disability Advocates LLC (8580); (4) The Rep for Vets LLC (6421); (5) National Veterans Disability Advocates LLC (dba The Rep for Vets LLC) (7468); (6) The Social Security Express Ltd. (4960); (7) Binder & Binder - The National Social Security Disability Advocates (AZ), LLC (5887); (8) Binder & Binder - The National Social Security Disability Advocates (CA), LLC (1456); (9) Binder & Binder - The National Social Security Disability Advocates (CO), LLC (0945); (10) Binder & Binder - The National Social Security Disability Advocates (CT), LLC (0206); (11) Binder & Binder - The National Social Security Disability Advocates (FL), LLC (1455); (12) Binder & Binder - The National Social Security Disability Advocates (GA), LLC (4768);   (13) Binder & Binder - The National Social Security Disability Advocates (IL), LLC (1457); (14) Binder & Binder - The National Social Security Disability Advocates (MD), LLC (3760); (15) Binder & Binder - The National Social Security Disability Advocates (MO), LLC (2108); (16) Binder & Binder - The National Social Security Disability Advocates (NJ), LLC (1454); (17) Binder & Binder - The National Social Security Disability Advocates (NC), LLC (1460); (18) Binder & Binder - The National Social Security Disability Advocates (OH), LLC (7827); (19) Binder & Binder - The National Social Security Disability Advocates (PA), LLC (1453); (20) Binder & Binder - The National Social Security Disability Advocates (TX), LLC (1458); (21) Binder & Binder - The National Social Security Disability Advocates (VA), LLC (7875); (22) Binder & Binder - The National Social Security Disability Advocates (WA), LLC (0225); (23) Binder & Binder - The National Social Security Disability Advocates (LA), LLC (8426); (24) Binder & Binder - The National Social Security Disability Advocates (MI), LLC (8762); and (25) Binder & Binder - The National Social Security Disability Advocates (DC), LLC (5265).

("DSI") hereby files its staffing report for the period of December 19, 2014 through February 28, 2015 (the "**Staffing Period**") and in support of such report respectfully represents:

1. Pre-petition, the Debtors appointed William A. Brandt, Jr. (**"Mr. Brandt"**) as Chief Restructuring Officer as set forth in the Engagement Letter. The Engagement Letter further states that DSI will provide additional DSI employees to serve as temporary employees of the Debtors necessary to assist Mr. Brandt with the restructuring efforts and other business of the Debtors ("**Additional Personnel**") as set forth more fully in the Engagement Letter.

2. The Retention Order requires DSI to file monthly staffing reports with the Court with copies to the United States Trustee and all official committees. The staffing report must include the names of the individuals assigned as Additional Personnel and their functions. All staffing is subject to review by the Court in the event an objection to the Staffing Report is filed.

3. **Exhibit A** attached hereto includes a list of the Additional Personnel that provided services to the Debtors during this Staffing Period, along with their corresponding functions.

Dated: April 8, 2015            */s/ William A. Brandt*
                                William A. Brandt
                                Development Specialists, Inc.
                                110 East 42nd Street
                                New York, NY 10017
                                (212) 425-4141

# EXHIBIT A
### Development Specialists, Inc.
### Staffing Report

### Binder & Binder – The National Social Security Disability Advocates (NY), LLC, *et al.*
### December 19, 2014 through February 28, 2015

| Name | Description of Function |
|---|---|
| William A. Brandt | Chief Restructuring Officer |
|  |  |

| Name | Description of Function |
|---|---|
| Eric R. Sweitzer | Operations, modeling and financial reporting |
| Patrick J. O'Malley | DIP Financing and executory contracts |
| Yale S. Bogen | Bankruptcy reporting |
| J. E. Costie | Office consolidation |
| M. E. Farnsworth | Financial analyst |
| S. L. Cuff | Financial analyst |