**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq. (*pro hac vice*)
Cassandra M. Porter, Esq.
Andrew D. Behlmann, Esq.
Nicholas B. Vislocky, Esq.
1251 Avenue of the Americas, 17th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

*Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Binder & Binder – The National Social Security Disability Advocates (NY), LLC, *et al.*,[1] | Case No. 14-23728 (RDD) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING

| | |
|---|---|
| Date and Time of Hearing: | **April 14, 2015 at 10:00 a.m. (Prevailing Eastern Time)** |
| Location of Hearing: | United States Bankruptcy Court<br>300 Quarropas Street, Room 118<br>White Plains, New York 10601 |
| Copies of Motions: | A copy of each of the Motions may be viewed on the Court's website at https://ecf.nysb.uscourts.gov/ or (without charge) at the Debtors' Information Website at www.bmcgroup.com/binder. |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (1) Binder & Binder - The National Social Security Disability Advocates (NY), LLC (1450); (2) SSDI Holdings, Inc. (3038); (3) Binder & Binder - The National Social Security Disability Advocates LLC (8580); (4) Binder & Binder - The National Social Security Disability Advocates (AZ), LLC (5887); (5) Binder & Binder - The National Social Security Disability Advocates (CA), LLC (1456); (6) Binder & Binder - The National Social Security Disability Advocates (CO), LLC (0945); (7) Binder & Binder - The National Social Security Disability Advocates (CT), LLC (0206); (8) Binder & Binder - The National Social Security Disability Advocates (FL), LLC (1455); (9) Binder & Binder - The National Social Security Disability Advocates (GA), LLC (4768);   (10) Binder & Binder - The National Social Security Disability Advocates (IL), LLC (1457); (11) Binder & Binder - The National Social Security Disability Advocates (MD), LLC (3760); (12) Binder & Binder - The National Social Security Disability Advocates (MO), LLC (2108); (13) Binder & Binder - The National Social Security Disability Advocates (NJ), LLC (1454); (14) Binder & Binder - The National Social Security Disability Advocates (NC), LLC (1460); (15) Binder & Binder - The National Social Security Disability Advocates (OH), LLC (7827); (16) Binder & Binder - The National Social Security Disability Advocates (PA), LLC (1453); (17) Binder & Binder - The National Social Security Disability Advocates (TX), LLC (1458); (18) Binder & Binder - The National Social Security Disability Advocates VA, LLC (7875); (19) Binder & Binder - The National Social Security Disability Advocates (WA), LLC (0225); (20) Binder & Binder - The National Social Security Disability Advocates (LA), LLC (8426); (21) Binder & Binder - The National Social Security Disability Advocates (MI), LLC (8762); (22) Binder & Binder - The National Social Security Disability Advocates (DC), LLC (5265); (23) The Rep for Vets LLC (6421); (24) National Veterans Disability Advocates LLC (dba The Rep for Vets LLC) (7468); and (25) The Social Security Express Ltd. (4960).

**I.    UNCONTESTED MATTERS**

A.   *Debtors' Motion For Entry of an Order Extending the Time to Assume or Reject Unexpired Leases of Nonresidential Real Property* **[Docket No. 216]**

   Related Documents:

   1. Notice of Hearing on Debtors' Motion for Entry of an Order Extending the Time to Assume or Reject Unexpired Leases of Non Residential Real Property [Docket No. 217]

   2. Affidavit of Service of James H. Myers [Docket No. 220]

   3. Certificate of No Objection [Docket No.   ]

   Responses Received: None.

   Objection Deadline:  April 8, 2015 at 4:00 p.m.

   **Status:**  No objection or response to the motion was received.  Unless the Court has questions with respect to the relief sought therein, the Debtors respectfully request that the proposed order filed with the motion be entered on the docket at the Court's convenience.

B.   *Debtors Motion for Entry of an Order Extending Exclusive Periods to File Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121(d) of the Bankruptcy Code* **[Docket No. 218]**

   Related Documents:

   1. Notice of Hearing on Debtors Motion for Entry of an Order Extending Exclusive Periods to File Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121(d) of the Bankruptcy Code [Docket No. 219]

   2. Affidavit of Service of James H. Myers [Docket No. 220]

   3. Certificate of No Objection [Docket No.   ]

   Responses Received: None.

   Objection Deadline:  April 8, 2015 at 4:00 p.m.

   **Status:**  No objection or response to the motion was received.  Unless the Court has questions with respect to the relief sought therein, the Debtors respectfully request that the proposed order filed with the motion be entered on the docket at the Court's convenience.

| | |
|---|---|
| Dated: April 10, 2015<br>New York, New York | Respectfully submitted,<br><br>**LOWENSTEIN SANDLER LLP**<br><br>/s/ *Cassandra Porter*<br>Kenneth A. Rosen, Esq.<br>Mary Seymour, Esq. (*pro hac vice*)<br>Cassandra Porter, Esq.<br>Andrew D. Behlmann, Esq.<br>Nicholas B. Vislocky, Esq.<br>1251 Avenue of the Americas, 17th Floor<br>New York, New York 10020<br>(212) 262-6700 (Telephone)<br>(212) 262-7402 (Facsimile)<br><br>*Counsel to the Debtors and Debtors-in Possession* |