MOORE & VAN ALLEN, PLLC
Stephen E. Gruendel, Esq. (*pro hac vice*)
Zachary H. Smith, Esq.
100 N. Tryon St., Suite 4700
Charlotte, NC 28205
Telephone: (704) 331-1000

*Counsel to Stellus Capital Investment Corporation*

KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP
Tracy L. Klestadt
Sean C. Southard
Fred Stevens
Joseph C. Corneau
200 West 41st Street, 17th Floor
New York, NY 10036
Telephone: (212) 972-3000

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Binder & Binder – The National Social Security Disability Advocates (NY), LLC, *et al.*,[1] | Case No. 14-23728 (RDD) |
| | Jointly Administered |
| Debtors. | |

---

[1] The "Debtors" in these chapter 11 cases (collectively, the "Cases"), along with the last four digits of each Debtor's federal tax identification number, are: (1) Binder & Binder - The National Social Security Disability Advocates (NY), LLC (1450); (2) SSDI Holdings, Inc. (3038); (3) Binder & Binder - The National Social Security Disability Advocates LLC (8580); (4) The Rep for Vets LLC (6421); (5) National Veterans Disability Advocates LLC (dba The Rep for Vets LLC) (7468); (6) The Social Security Express Ltd. (4960); (7) Binder & Binder - The National Social Security Disability Advocates (AZ), LLC (5887); (8) Binder & Binder - The National Social Security Disability Advocates (CA), LLC (1456); (9) Binder & Binder - The National Social Security Disability Advocates (CO), LLC (0945); (10) Binder & Binder - The National Social Security Disability Advocates (CT), LLC (0206); (11) Binder & Binder - The National Social Security Disability Advocates (FL), LLC (1455); (12) Binder & Binder - The National Social Security Disability Advocates (GA), LLC (4768); (13) Binder & Binder - The National Social Security Disability Advocates (IL), LLC (1457); (14) Binder & Binder - The National Social Security Disability Advocates (MD), LLC (3760); (15) Binder & Binder - The National Social Security Disability Advocates (MO), LLC (2108); (16) Binder & Binder - The National Social Security Disability Advocates (NJ), LLC (1454); (17) Binder & Binder - The National Social Security Disability Advocates (NC), LLC (1460); (18) Binder & Binder - The National Social Security Disability Advocates (OH), LLC (7827); (19) Binder & Binder - The National Social Security Disability Advocates (PA), LLC (1453); (20) Binder & Binder - The National Social Security Disability Advocates (TX), LLC (1458); (21) Binder & Binder - The National Social Security Disability Advocates (VA), LLC (7875); (22) Binder & Binder - The National Social Security Disability Advocates (WA), LLC (0225); (23) Binder & Binder - The National Social Security Disability Advocates

# NOTICE OF (I) ADJOURNMENT OF DECEMBER 21, 2015 HEARING ON PROPOSED DISCLOSURE STATEMENT AND RELATED MATTERS; AND (II) EXTENSION OF RELATED OBJECTION DEADLINES

**PLEASE TAKE NOTICE** that, on November 18, 2015, Stellus Capital Investment Corporation and the Official Committee of Unsecured Creditors in the above-captioned Cases (collectively, the "Proponents") filed with the Court the Proponents' "Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code" (as it may be amended, the "Plan") [Docket No. 389].[2]

**PLEASE TAKE FURTHER NOTICE** that, on November 23, 2015, the Proponents filed with the Court the proposed Disclosure Statement related to the Plan (as it may be further amended, the "Disclosure Statement") [Docket No. 397], and a motion requesting approval of the Disclosure Statement and related solicitation and voting procedures (the "Disclosure Statement Motion") [Docket No. 398].

**PLEASE TAKE FURTHER NOTICE** that, on December 2, 2015, the Committee filed the "Motion of the Official Committee of Unsecured Creditors for an Order Pursuant to 11 U.S.C. §§ 1103(c) and 1109(b) Granting Leave, Standing and Authority to Prosecute, and if Appropriate, Compromise Certain Claims on Behalf of the Debtors' Estates" (the "Standing Motion") [Docket No. 416].

**PLEASE TAKE FURTHER NOTICE** that, on December 7, 2015, the First DIP Lenders filed the "Joint Motion of U.S. Bank National Association and Capital One, National Association for Temporary Allowance of Lenders' Claims for Voting Purposes Pursuant to Bankruptcy Rule 3018" (the "3018 Motion") [Docket No. 422].

**PLEASE TAKE FURTHER NOTICE** that, a hearing to consider the Disclosure Statement Motion, the Standing Motion, and the 3018 Motion, had been scheduled for December 21, 2015 at 10:00 a.m. (prevailing Eastern Time), with objections to each of the foregoing due by December 17, 2015 at 4:00 p.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, to accommodate ongoing discussions among the Proponents, the First DIP Lenders, the Debtors, and certain other parties in interest regarding the Plan and the Disclosure Statement, (i) the hearing to consider the Disclosure Statement Motion, the Standing Motion, and the 3018 Motion has been adjourned on consent of the applicable parties to an anticipated date in January 2016, and the applicable objection deadlines attendant to the Disclosure Statement Motion, the Standing Motion, and the 3018 Motion concomitantly extended; and (ii) the Proponents are presently in the process of obtaining an adjourned hearing date from Chambers.

---

(LA), LLC (8426); (24) Binder & Binder - The National Social Security Disability Advocates (MI), LLC (8762); and (25) Binder & Binder - The National Social Security Disability Advocates (DC), LLC (5265).

[2] Capitalized terms used but not defined in this Notice shall have the meanings ascribed in the Plan.

2

**PLEASE TAKE FURTHER NOTICE** that, in light of the adjournment of the hearing to consider the Disclosure Statement Motion, for the avoidance of doubt, the Voting Record Date (as defined in the Disclosure Statement Motion) and the other proposed solicitation and voting-related deadlines set forth in the Disclosure Statement Motion shall also be extended to proposed dates to be specified by the Proponents in further filings with the Court.

**PLEASE TAKE FURTHER NOTICE** that, upon confirmation of the adjourned hearing date with Chambers, the Proponents (or the applicable moving party) will file a further Notice(s) with the Court, setting forth such adjourned hearing date and related objection deadlines.

Dated: December 15, 2015

| | |
|---|---|
| /s/ Stephen E. Gruendel | /s/ Joseph C. Corneau |
| MOORE & VAN ALLEN, PLLC | KLESTADT WINTERS JURELLER |
| Stephen E. Gruendel *(admitted pro hac vice)* | SOUTHARD & STEVENS, LLP |
| Zachary H. Smith | Tracy L. Klestadt |
| 100 North Tryon Street | Sean C. Southard |
| Suite 4700 | Fred Stevens |
| Charlotte, North Carolina  28202-4003 | Joseph C. Corneau |
| Telephone:  (704) 331-1000 | 200 West 41st Street, 17th Floor |
| | New York, New York  10036-7203 |
| *Counsel to Stellus Capital Investment Corporation* | Telephone:  (212) 972-3000 |
| | *Counsel to the Official Committee of Unsecured Creditors* |

3

CHAR2\1749150v3