MOORE & VAN ALLEN, PLLC
Stephen E. Gruendel, Esq. (*pro hac vice*)
Zachary H. Smith, Esq.
100 N. Tryon St., Suite 4700
Charlotte, NC 28205
Telephone: (704) 331-1000

*Counsel to Stellus Capital Investment Corporation*

KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP
Tracy L. Klestadt
Sean C. Southard
Fred Stevens
Joseph C. Corneau
200 West 41st Street, 17th Floor
New York, NY 10036
Telephone: (212) 972-3000

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Binder & Binder – The National Social Security Disability Advocates (NY), LLC, *et al.*,[1] | Case No. 14-23728 (RDD) |
| | Jointly Administered |
| Debtors. | |

---

[1] The "Debtors" in these chapter 11 cases (collectively, the "Cases"), along with the last four digits of each Debtor's federal tax identification number, are: (1) Binder & Binder - The National Social Security Disability Advocates (NY), LLC (1450); (2) SSDI Holdings, Inc. (3038); (3) Binder & Binder - The National Social Security Disability Advocates LLC (8580); (4) The Rep for Vets LLC (6421); (5) National Veterans Disability Advocates LLC (dba The Rep for Vets LLC) (7468); (6) The Social Security Express Ltd. (4960); (7) Binder & Binder - The National Social Security Disability Advocates (AZ), LLC (5887); (8) Binder & Binder - The National Social Security Disability Advocates (CA), LLC (1456); (9) Binder & Binder - The National Social Security Disability Advocates (CO), LLC (0945); (10) Binder & Binder - The National Social Security Disability Advocates (CT), LLC (0206); (11) Binder & Binder - The National Social Security Disability Advocates (FL), LLC (1455); (12) Binder & Binder - The National Social Security Disability Advocates (GA), LLC (4768); (13) Binder & Binder - The National Social Security Disability Advocates (IL), LLC (1457); (14) Binder & Binder - The National Social Security Disability Advocates (MD), LLC (3760); (15) Binder & Binder - The National Social Security Disability Advocates (MO), LLC (2108); (16) Binder & Binder - The National Social Security Disability Advocates (NJ), LLC (1454); (17) Binder & Binder - The National Social Security Disability Advocates (NC), LLC (1460); (18) Binder & Binder - The National Social Security Disability Advocates (OH), LLC (7827); (19) Binder & Binder - The National Social Security Disability Advocates (PA), LLC (1453); (20) Binder & Binder - The National Social Security Disability Advocates (TX), LLC (1458); (21) Binder & Binder - The National Social Security Disability Advocates (VA), LLC (7875); (22) Binder & Binder - The National Social Security Disability Advocates (WA), LLC (0225); (23) Binder & Binder - The National Social Security Disability Advocates

**NOTICE OF (I) ADJOURNMENT OF APRIL 22, 2016 HEARING ON PROPOSED DISCLOSURE STATEMENT; (II) EXTENSION OF RELATED OBJECTION DEADLINE; AND (III) NOTICE OF STATUS CONFERENCE ON APRIL 22, 2016**

**PLEASE TAKE NOTICE** that on November 18, 2015, Stellus Capital Investment Corporation ("Stellus") and the Official Committee of Unsecured Creditors in the above-captioned cases (the "Committee" and, together with Stellus, the "Proponents") filed with the United States Bankruptcy Court for the Southern District of New York (the "Court") a proposed Joint Chapter 11 Plan [Docket No. 389] (as amended on January 15, 2016 [Docket No. 456], April 11, 2016 [Docket No. 535], and as it may be further amended, the "Plan").

**PLEASE TAKE FURTHER NOTICE** that, on November 23, 2015, the Proponents filed with the Court a proposed Disclosure Statement related to the Plan [Docket No. 397] (as amended on April 12, 2016 [Docket No. 539] and as it may be further amended, the "Disclosure Statement"), and a motion requesting approval of the Disclosure Statement and related solicitation and voting procedures (as it shall be amended, the "Disclosure Statement Motion") [Docket No. 398].

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Disclosure Statement Motion (the "Disclosure Statement Hearing") had been scheduled for April 22, 2016 at 11:00 a.m. (prevailing Eastern Time) with objections due by April 15, 2016 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") [Docket No. 491].

**PLEASE TAKE FURTHER NOTICE** that the Disclosure Statement Hearing has been adjourned to **May 20, 2016 at 2:00 p.m. (prevailing Eastern Time), and the Objection Deadline has been extended to May 13, 2016 at 4:00 p.m. (prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that, in light of the adjournment of the Disclosure Statement Hearing, for the avoidance of doubt, the Voting Record Date (as defined in the Disclosure Statement Motion) and the other proposed solicitation and voting-related deadlines set forth in the Disclosure Statement Motion shall also be extended to proposed dates to be specified by the Proponents in further filings with the Court.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a status conference on **April 22, 2016 at 11:00 a.m. (prevailing Eastern Time).**

---

(LA), LLC (8426); (24) Binder & Binder - The National Social Security Disability Advocates (MI), LLC (8762); and (25) Binder & Binder - The National Social Security Disability Advocates (DC), LLC (5265).

CHAR2\1786534v5

Dated: April 14, 2016

| | |
|---|---|
| /s/ Stephen E. Gruendel | /s/ Joseph C. Corneau |
| MOORE & VAN ALLEN, PLLC | KLESTADT WINTERS JURELLER |
| Stephen E. Gruendel *(admitted pro hac vice)* | SOUTHARD & STEVENS, LLP |
| Zachary H. Smith | Tracy L. Klestadt |
| 100 North Tryon Street | Sean C. Southard |
| Suite 4700 | Fred Stevens |
| Charlotte, North Carolina 28202-4003 | Joseph C. Corneau |
| Telephone: (704) 331-1000 | 200 West 41st Street, 17th Floor |
| | New York, New York 10036-7203 |
| *Counsel to Stellus Capital Investment Corporation* | Telephone: (212) 972-3000 |
| | *Counsel to the Official Committee of Unsecured Creditors* |