

U.S. Department of Justice
Office of the United States Trustee
Region 2

Southern District of New York

IN RE: **Binder & Binder - The National Social Security Disability Advocates (NY), LLC**    CHAPTER 11

CASE NO. 14-23728 (RDD)

DEBTOR.

## DEBTOR'S POST-CONFIRMATION QUARTERLY OPERATING REPORT FOR THE PERIOD
**FROM** 10/1/2019 **TO** 12/31/2019

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.

Signed: *[signature]*    Date: 1/2/20

Fred Caruso
Print Name

Plan Administrator
Title

Debtor's Address and Phone Number:

300 Rabro Drive East
Hauppauge, NY 11788

Tel. (631) 361-6699

Attorney's Address and Phone Number:
Kenneth A. Rosen/Mary E. Seymour
Lowenstein Sandler LLP
1251 Avenue of the Americas, 17th Floor
New York, NY 10020
Bar No. _____
Tel. (212) 262-6700

Note: The original Monthly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | X | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY    and    CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| WORKERS COMPENSATION - ZURICH | 8/27/19 - 8/27/20 | 6,590  PAID IN FULL | NONE |
| GENERAL LIABILITY - ZURICH | 8/27/19 - 8/27/20 | 1,801  PAID IN FULL | NONE |
| EXECUTIVE RISK - SSTAR INDEMNITY | 8/27/18 - 8/27/24 | 116,688  PAID IN FULL | NONE |
| EXCESS DIRECTORS & OFFICERS - AM TRUST | 8/27/18 - 8/27/24 | 47,215  PAID IN FULL | NONE |
| PROFESSIONAL LIABILITY - ILLINOIS NATIONAL | 8/27/18 - 8/27/24 | 115,224  PAID IN FULL | NONE |
| AUTOMOBILE - ZURICH | 8/27/19 - 8/27/20 | 7,112  PAID IN FULL | NONE |
| PROFESSIONAL LIABILITY - CLAIMS - XL SPECIALTY | 12/4/17 - 12/4/22 | 75,000  PAID IN FULL | NONE |
| PROPERTY - ZURICH | 8/27/19 - 8/27/20 | 7,029  PAID IN FULL | NONE |
| UMBRELLA POLICY - ZURICH | 8/27/19 - 8/27/20 | 7,828  PAID IN FULL | NONE |

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

**Estimated Date of Filing the Application for Final Decree:**    12/18/2019  Final Decree Order Entered per Docket #773

MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 2

# CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| Case Name: | Binder & Binder - The National Social Security Disability Advocates (NY), LLC |
|---|---|
| Case Number: | 14-23728 (RDD) |
| Date of Plan Confirmation: | October 19, 2016 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | Quarterly | Post Confirmation Total |
|---|---:|---:|
| 1. **CASH (Beginning of Period)** | $ 3,368,485 | $ 6,793,581 |
| 2. **INCOME or RECEIPTS during the Period** | $ 1,492,945 | $ 82,135,822 |
| 3. **DISBURSEMENTS** | | |
| a. **Operating Expenses (Fees/Taxes):** | | |
| (i)   U.S. Trustee Quarterly Fees | $ 4,875 | $ 353,551 |
| (ii)  Federal & State Taxes | 400 | 2,771,020 |
| (iii) Other Taxes | - | - |
| b. **All Other Operating Expenses:** | $ 680,945 | $ 54,329,370 |
| c. **Plan Payments:*** | | |
| (i)   Administrative Claims | $ - | - |
| (ii)  Class One | - | - |
| (iii) Class Two | - | 21,500,000 |
| (iv)  Class Three | - | - |
| (v)   Class Four-Stellus | 1,011,286 | 4,705,908 |
| (vi)  Class Five-General Unsecured Creditors | 488,714 | 2,594,344 |
| **Total Disbursements (Operating & Plan)** | $ 2,186,220 | $ 86,254,193 |
| 1. **CASH (End of Period)** | $ 2,675,210 | $ 2,675,210 |

\* This includes any and all disbursements made under the plan of reorganization or in the ordinary cou of the reorganized debtor's post-confirmation business, whether the disbursements are made through a trust, by a third party, or by the reorganized debtor.

**CHAPTER 11 POST-CONFIRMATION**
**CASH/DEBIT/CHECK DISBURSEMENTS DETAILS**

| Name of Bank | | |
|---|---|---|
| Account Number | | |
| **Purpose of Account (Operating/Payroll/Personal)** | | |
| Type of Account (e.g., Checking) | | |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount | |
|---|---|---|---|---|---|
| 4239 | 10/1/2019 | ESRT ONE GRAND CENTRAL PLACE, LLC | Rent | 34,252.92 | |
| ACH | 10/4/2019 | NEW JERSEY BUSINESS SERVICES | General Admin | 176.00 | |
| ACH | 10/8/2019 | SAGE SUPPORT | Telephone & Communications | 480.22 | |
| 4240 | 10/18/2019 | DEVELOPMENT SPECIALISTS, INC. | CRO | 56,502.14 | |
| 4241 | 11/1/2019 | ESRT ONE GRAND CENTRAL PLACE, LLC | Rent | 25,438.56 | |
| ACH | 11/9/2019 | SAGE SUPPORT | Telephone & Communications | 480.22 | |
| 4242 | 11/12/2019 | STANDARD SECURITY LIFE INS. CO. OF NY | Employee Benefits | 35.00 | |
| 4243 | 11/12/2019 | STANDARD SECURITY LIFE INS. CO. OF NY | Employee Benefits | 291.88 | |
| 4244 | 11/25/2019 | DEVELOPMENT SPECIALISTS, INC. | CRO | 27,980.80 | |
| 4245 | 12/2/2019 | ESRT ONE GRAND CENTRAL PLACE, LLC | Rent | 25,395.66 | |
| ACH | 12/9/2019 | SAGE SUPPORT | Telephone & Communications | 480.22 | |
| | 12/17/2019 | BINDER & BINDER (C&H) | Wire Overpayment (A/R Purchase) | 3,268.64 | |
| | | | **TOTAL WIRES** | **174,782.26** | |
| 39076 | 6/22/2019 | COMCAST | Unsecured Creditors: Interim Distribution | (29.50) | Reversal |
| 39085 | 6/22/2019 | ELECTRONIX SYSTEMS C.S.A. INC. | Unsecured Creditors: Interim Distribution | (4.43) | Reversal |
| 39106 | 6/22/2019 | LAZ PARKING | Unsecured Creditors: Interim Distribution | (333.13) | Reversal |
| 39120 | 6/22/2019 | PATRICK RUDDY, INC. | Unsecured Creditors: Interim Distribution | (25.78) | Reversal |
| 39123 | 6/22/2019 | POP TECHNOLOGIES | Unsecured Creditors: Interim Distribution | (2,643.97) | Reversal |
| 39127 | 6/22/2019 | PROSHRED SECURITY | Unsecured Creditors: Interim Distribution | (51.56) | Reversal |
| 39128 | 6/22/2019 | RECORDSHRED | Unsecured Creditors: Interim Distribution | (63.50) | Reversal |
| 39146 | 6/22/2019 | TIME WARNER CABLE | Unsecured Creditors: Interim Distribution | (78.38) | Reversal |
| 39149 | 6/22/2019 | VERIZON | Unsecured Creditors: Interim Distribution | (35.27) | Reversal |
| 39216 | 10/1/2019 | LAW OFF-HARRY J.BINDER &CHARLES E.BINDER | Rent | 9,800.00 | |
| 39217 | 10/1/2019 | RASI | General Admin | 714.00 | |
| 39218 | 10/10/2019 | ADP, LLC | General Admin | 242.69 | |
| 39219 | 10/10/2019 | DONALD THOMPSON | Refunds to Clients | 100.00 | |
| 39220 | 10/10/2019 | METLIFE | Employee Benefits | 122.93 | |
| 39221 | 10/10/2019 | SOCIAL SECURITY ADMINISTRATION | Refunds to Clients | 2,791.98 | |
| 39222 | 10/17/2019 | FEDEX | Postage | 14.72 | |
| 39223 | 10/17/2019 | RASI | General Admin | 357.00 | |
| 39224 | 10/17/2019 | T-MOBILE | Telephone & Communications | 189.00 | |
| 39225 | 10/17/2019 | U.S. TRUSTEE | 3rd Quarter Fees | 4,875.00 | |
| 39226 | 10/30/2019 | FEDEX | Postage | 46.73 | |
| 39227 | 10/30/2019 | MARTIN DORO | Petty Cash Reimbursement | 186.06 | |
| 39228 | 10/30/2019 | SOCIAL SECURITY ADMINISTRATION | Refunds to Clients | 3,000.00 | |
| 39229 | 10/30/2019 | SOCIAL SECURITY ADMINISTRATION | Refunds to Clients | 3,365.25 | |
| 39230 | 10/30/2019 | SOCIAL SECURITY ADMINISTRATION | Refunds to Clients | 3,463.39 | |
| 39231 | 10/30/2019 | SOCIAL SECURITY ADMINISTRATION | Refunds to Clients | 1,047.00 | |
| 39232 | 10/30/2019 | SOCIAL SECURITY ADMINISTRATION | Refunds to Clients | 5,000.00 | |
| 39233 | 11/1/2019 | LAW OFF-HARRY J.BINDER &CHARLES E.BINDER | Rent | 9,800.00 | |
| 39234 | 11/12/2019 | ADP, LLC | General Admin | 242.69 | |
| 39235 | 11/12/2019 | FEDEX | Postage | 35.69 | |
| 39236 | 11/12/2019 | STANDARD SECURITY LIFE INS. CO. OF NY | Employee Benefits | 291.88 | Reversed |
| 39236 | 11/12/2019 | STANDARD SECURITY LIFE INS. CO. OF NY | Employee Benefits | (291.88) | Reversal |
| 39237 | 11/14/2019 | CHRISTINA A. CARRANO | Final Retention | 24,000.00 | |
| 39238 | 11/14/2019 | CHRISTINA GARCIA | Final Retention | 4,000.00 | |
| 39239 | 11/14/2019 | CORAL STROTHER | Final Retention | 2,300.00 | |
| 39240 | 11/14/2019 | DUSTIN SCHOCK | Final Retention | 2,300.00 | |
| 39241 | 11/14/2019 | PIERRE PIERRE LAW P.C. | Final Retention | 22,400.00 | |
| 39242 | 11/14/2019 | ESTATE OF BRYAN WOODRUFF | Final Retention | 11,300.00 | Reversed |
| 39242 | 11/14/2019 | ESTATE OF BRYAN WOODRUFF | Final Retention | (11,300.00) | Reversal |
| 39243 | 11/14/2019 | GISELA IGLESIAS | Final Retention | 3,400.00 | |
| 39244 | 11/14/2019 | GRANT FELBAUM | Final Retention | 2,800.00 | |
| 39245 | 11/14/2019 | JAMES PI | Final Retention | 6,700.00 | |
| 39246 | 11/14/2019 | MATTHEW CASINO | Final Retention | 2,800.00 | |
| 39247 | 11/14/2019 | MELISSA RATHBUN | Final Retention | 8,400.00 | |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount | |
|---|---|---|---|---|---|
| 39248 | 11/14/2019 | NICHOLAS MONROE | Final Retention | 2,300.00 | |
| 39249 | 11/14/2019 | BARRY O'LYNNGER | Final Retention | 4,500.00 | |
| 39250 | 11/14/2019 | OMAR ORTEGA | Final Retention | 12,300.00 | |
| 39251 | 11/14/2019 | PAMELA HENRY-MAYS | Final Retention | 3,400.00 | |
| 39252 | 11/14/2019 | SAMANTHA XANDER | Final Retention | 4,500.00 | |
| 39253 | 11/14/2019 | STACEY DEVEAUX | Final Retention | 4,500.00 | |
| 39254 | 11/14/2019 | YOUNG YIM | Final Retention | 3,400.00 | |
| 39255 | 11/20/2019 | STEPHEN EKBLOM | Final Retention | 2,800.00 | |
| 39256 | 11/22/2019 | ALEXA SCHAMBERGER | Final Retention | 1,817.31 | |
| 39257 | 11/22/2019 | ANDREA BRAUNEISEN | Final Retention | 605.77 | |
| 39258 | 11/22/2019 | ANTHONY HOYLE | Final Retention | 2,816.35 | |
| 39259 | 11/22/2019 | BRENDA DITTA | Final Retention | 6,057.70 | |
| 39260 | 11/22/2019 | CHARLES ALBASI | Final Retention | 844.90 | |
| 39261 | 11/22/2019 | CHRISTINE ALOGNA | Final Retention | 605.77 | |
| 39262 | 11/22/2019 | CHRISTINA GARGIULO | Final Retention | 1,211.54 | |
| 39263 | 11/22/2019 | DANAY SPENCER | Final Retention | 2,423.08 | |
| 39264 | 11/22/2019 | DONNA JACKSON | Final Retention | 8,598.24 | |
| 39265 | 11/22/2019 | ELIZABETH BELLOFATTO | Final Retention | 605.77 | |
| 39266 | 11/22/2019 | ERIC BENJES | Final Retention | 2,423.08 | |
| 39267 | 11/22/2019 | GARY PERNICE | Final Retention | 3,028.85 | |
| 39268 | 11/22/2019 | GEANNINE CRUZ | Final Retention | 757.21 | |
| 39269 | 11/22/2019 | GEORGE VARONA | Final Retention | 844.90 | Reversed |
| 39269 | 11/22/2019 | GEORGE VARONA | Final Retention | (844.90) | Reversal |
| 39270 | 11/22/2019 | JESSICA EASOP | Final Retention | 605.77 | Reversed |
| 39270 | 11/22/2019 | JESSICA EASOP | Final Retention | (605.77) | Reversal |
| 39271 | 11/22/2019 | JOHN MARTIN | Final Retention | 757.21 | |
| 39272 | 11/22/2019 | JOHN MORAN | Final Retention | 2,423.08 | |
| 39273 | 11/22/2019 | KAREN OROSCO | Final Retention | 605.77 | |
| 39274 | 11/22/2019 | LEAH GRANPAT | Final Retention | 605.77 | Reversed |
| 39274 | 11/22/2019 | LEAH GRANPAT | Final Retention | (605.77) | Reversal |
| 39275 | 11/22/2019 | LORI LEMBECK | Final Retention | 6,759.24 | |
| 39276 | 11/22/2019 | MANUEL CORDERO | Final Retention | 2,816.35 | |
| 39277 | 11/22/2019 | MARIO DAVILA | Final Retention | 15,208.29 | |
| 39278 | 11/22/2019 | MARTIN DORO | Final Retention | 5,773.00 | |
| 39279 | 11/22/2019 | MAUREEN HESSEL | Final Retention | 2,477.31 | |
| 39280 | 11/22/2019 | MELISSA BURKE SCHNEIDER | Final Retention | 1,060.09 | |
| 39281 | 11/22/2019 | MIRIAM GUEVARA | Final Retention | 2,423.08 | |
| 39282 | 11/22/2019 | NICOLE OAKLEY | Final Retention | 4,545.92 | |
| 39283 | 11/22/2019 | NICOLE MARTENS | Final Retention | 605.77 | |
| 39284 | 11/22/2019 | PATRICK HENRY BUSSE | Final Retention | 3,028.85 | |
| 39285 | 11/22/2019 | PATRICIA RIVERA | Final Retention | 757.21 | Reversed |
| 39285 | 11/22/2019 | PATRICIA RIVERA | Final Retention | (757.21) | Reversal |
| 39286 | 11/22/2019 | PERCELL WILLIAMS | Final Retention | 5,069.43 | |
| 39287 | 11/22/2019 | SAMUEL JACKSON | Final Retention | 757.21 | Reversed |
| 39287 | 11/22/2019 | SAMUEL JACKSON | Final Retention | (757.21) | Reversal |
| 39288 | 11/22/2019 | THOMAS DUFFY | Final Retention | 757.21 | |
| 39289 | 11/22/2019 | GEORGE VARONA | Final Retention | 844.90 | |
| 39290 | 11/22/2019 | JESSICA EASOP | Final Retention | 605.77 | |
| 39291 | 11/22/2019 | LEAH GRANPAT | Final Retention | 605.77 | |
| 39292 | 11/22/2019 | PATRICIA RIVERA | Final Retention | 757.21 | |
| 39293 | 11/22/2019 | SAMUEL JACKSON | Final Retention | 757.21 | |
| 39294 | 12/2/2019 | LAW OFF-HARRY J.BINDER &CHARLES E.BINDER | Rent | 9,800.00 | |
| 39295 | 12/3/2019 | BINDER & BINDER | Refunds to Clients | 1,952.50 | |
| 39296 | 12/3/2019 | FEDEX | Postage | 440.21 | |
| 39297 | 12/3/2019 | METLIFE | Employee Benefits | 110.16 | |
| 39298 | 12/3/2019 | T-MOBILE | Telephone & Communications | 187.91 | |
| 39299 | 12/9/2019 | ADP, LLC | General Admin | 406.68 | |
| 39300 | 12/9/2019 | FEDEX | Postage | 14.62 | |
| 39301 | 12/9/2019 | SOCIAL SECURITY ADMINISTRATION | Refunds to Clients | 1,000.00 | |
| 39302 | 12/9/2019 | SOCIAL SECURITY ADMINISTRATION | Refunds to Clients | 1,505.24 | |
| 39303 | 12/9/2019 | SOCIAL SECURITY ADMINISTRATION | Refunds to Clients | 845.47 | |
| 39304 | 12/13/2019 | 209 JAX OWNER LLC | Unsecured Creditors: Interim Distribution | 1,448.37 | |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 39305 | 12/13/2019 | VNO 33-00 NORTHERN BOULEVARD LLC | Unsecured Creditors: Interim Distribution | 31,970.01 |
| 39306 | 12/13/2019 | 375 NORTH BROADWAY ASSOCIATES | Unsecured Creditors: Interim Distribution | 173.74 |
| 39307 | 12/13/2019 | 901,LLC | Unsecured Creditors: Interim Distribution | 2,409.65 |
| 39308 | 12/13/2019 | ACCESSLINE COMMUNICATIONS | Unsecured Creditors: Interim Distribution | 16.09 |
| 39309 | 12/13/2019 | ACE LOCKSMITHS | Unsecured Creditors: Interim Distribution | 43.55 |
| 39310 | 12/13/2019 | ALBA FIRE SAFETY SERVICES | Unsecured Creditors: Interim Distribution | 64.73 |
| 39311 | 12/13/2019 | AMERICAN SECURITY SHREDDING CORP. | Unsecured Creditors: Interim Distribution | 54.79 |
| 39312 | 12/13/2019 | ARROWHEAD PROFESSIONAL CENTER, L.P. | Unsecured Creditors: Interim Distribution | 305.36 |
| 39313 | 12/13/2019 | ASSURED ENVIRONMENTS | Unsecured Creditors: Interim Distribution | 63.47 |
| 39314 | 12/13/2019 | AUTOMATED MAILROOM, LLC | Unsecured Creditors: Interim Distribution | 19.93 |
| 39315 | 12/13/2019 | BAYAUD ENTERPRISES | Unsecured Creditors: Interim Distribution | 5.68 |
| 39316 | 12/13/2019 | BGE | Unsecured Creditors: Interim Distribution | 23.08 |
| 39317 | 12/13/2019 | BISCOM, INC | Unsecured Creditors: Interim Distribution | 545.21 |
| 39318 | 12/13/2019 | BROADVIEW NETWORKS | Unsecured Creditors: Interim Distribution | 59.81 |
| 39319 | 12/13/2019 | BULLSEYE TELECOM | Unsecured Creditors: Interim Distribution | 1,675.86 |
| 39320 | 12/13/2019 | OPTIMUM | Unsecured Creditors: Interim Distribution | 10.41 |
| 39321 | 12/13/2019 | CDW DIRECT | Unsecured Creditors: Interim Distribution | 176.69 |
| 39322 | 12/13/2019 | CENTURYLINK | Unsecured Creditors: Interim Distribution | 118.71 |
| 39323 | 12/13/2019 | CINTAS CORPORATION | Unsecured Creditors: Interim Distribution | 16.93 |
| 39324 | 12/13/2019 | CINTAS DOCUMENT MANAGEMENT | Unsecured Creditors: Interim Distribution | 13.47 |
| 39325 | 12/13/2019 | CIT | Unsecured Creditors: Interim Distribution | 23,542.34 |
| 39326 | 12/13/2019 | CLISE AGENCY-TRUST ACCOUNT | Unsecured Creditors: Interim Distribution | 2,725.19 |
| 39327 | 12/13/2019 | COHN REZNICK | Unsecured Creditors: Interim Distribution | 969.24 |
| 39328 | 12/13/2019 | CROWE LLP | Unsecured Creditors: Interim Distribution | 2,014.57 |
| 39329 | 12/13/2019 | CROCKER PARTNERS V UCC, LLC | Unsecured Creditors: Interim Distribution | 1,781.86 |
| 39330 | 12/13/2019 | CROWN PLUMBING INC. | Unsecured Creditors: Interim Distribution | 86.96 |
| 39331 | 12/13/2019 | DATA SHREDDING SERVICES | Unsecured Creditors: Interim Distribution | 21.20 |
| 39332 | 12/13/2019 | DE LAGE LANDEN | Unsecured Creditors: Interim Distribution | 24,406.03 |
| 39333 | 12/13/2019 | DIANE S. FRIDAY | Unsecured Creditors: Interim Distribution | 72.74 |
| 39334 | 12/13/2019 | DIVERSIFIED CAPITAL - NEWARK | Unsecured Creditors: Interim Distribution | 358.31 |
| 39335 | 12/13/2019 | DUANE MORRIS LLP | Unsecured Creditors: Interim Distribution | 240.46 |
| 39336 | 12/13/2019 | ESKO HOUSTON, LLC | Unsecured Creditors: Interim Distribution | 15,222.05 |
| 39337 | 12/13/2019 | EULER HERMES NORTH AMERICA INSURANCE CO. | Unsecured Creditors: Interim Distribution | 172,937.03 |
| 39338 | 12/13/2019 | EXECUTIVE PLANT SERVICE, INC. | Unsecured Creditors: Interim Distribution | 31.24 |
| 39339 | 12/13/2019 | FILCO CARTING CORP. | Unsecured Creditors: Interim Distribution | 56.53 |
| 39340 | 12/13/2019 | FRONTLINE SHREDDING INC. | Unsecured Creditors: Interim Distribution | 12.63 |
| 39341 | 12/13/2019 | GBM SERVICES | Unsecured Creditors: Interim Distribution | 16.79 |
| 39342 | 12/13/2019 | GEORGE J. OHOWSKI SR. CENTER | Unsecured Creditors: Interim Distribution | 2.53 |
| 39343 | 12/13/2019 | GOOGLE, INC. | Unsecured Creditors: Interim Distribution | 51,859.10 |
| 39344 | 12/13/2019 | GPI-OCS, LLC | Unsecured Creditors: Interim Distribution | 32,965.70 |
| 39345 | 12/13/2019 | GRANITE TELECOMMUNICATIONS | Unsecured Creditors: Interim Distribution | 151.99 |
| 39346 | 12/13/2019 | GREATAMERICA FINANCIAL SVCS. | Unsecured Creditors: Interim Distribution | 2,739.32 |
| 39347 | 12/13/2019 | HELLO DIRECT, INC. | Unsecured Creditors: Interim Distribution | 189.33 |
| 39348 | 12/13/2019 | DR. HERBERT ROTHFARB | Unsecured Creditors: Interim Distribution | 50.51 |
| 39349 | 12/13/2019 | HOPE NETWORK | Unsecured Creditors: Interim Distribution | 94.71 |
| 39350 | 12/13/2019 | HUBBARD PLUMBING | Unsecured Creditors: Interim Distribution | 66.48 |
| 39351 | 12/13/2019 | HUNT SERVICES | Unsecured Creditors: Interim Distribution | 4.99 |
| 39352 | 12/13/2019 | HUTCH 34 INDUSTRIAL STREET | Unsecured Creditors: Interim Distribution | 50,473.73 |
| 39353 | 12/13/2019 | IRON MOUNTAIN | Unsecured Creditors: Interim Distribution | 19.85 |
| 39354 | 12/13/2019 | ITSAVVY LLC | Unsecured Creditors: Interim Distribution | 244.54 |
| 39355 | 12/13/2019 | IVCI, LLC | Unsecured Creditors: Interim Distribution | 1,065.54 |
| 39356 | 12/13/2019 | LEXISNEXIS | Unsecured Creditors: Interim Distribution | 12,639.45 |
| 39357 | 12/13/2019 | LOGICAL SOURCE, INC. | Unsecured Creditors: Interim Distribution | 1,089.31 |
| 39358 | 12/13/2019 | MARION ISABEL ZIPPERLE | Unsecured Creditors: Interim Distribution | 31.57 |
| 39359 | 12/13/2019 | MCKENZIE MEDICAL CENTER | Unsecured Creditors: Interim Distribution | 7.58 |
| 39360 | 12/13/2019 | MEDI-COPY SERVICES, INC. | Unsecured Creditors: Interim Distribution | 404.43 |
| 39361 | 12/13/2019 | MERCER | Unsecured Creditors: Interim Distribution | 42.65 |
| 39362 | 12/13/2019 | NC PLAZA LLC | Unsecured Creditors: Interim Distribution | 3,657.65 |
| 39363 | 12/13/2019 | NEW PASSAGES | Unsecured Creditors: Interim Distribution | 18.94 |
| 39364 | 12/13/2019 | NEWS 12 NETWORKS, LLC | Unsecured Creditors: Interim Distribution | 1,723.92 |
| 39365 | 12/13/2019 | NORTH COUNTRY | Unsecured Creditors: Interim Distribution | 3,358.18 |
| 39366 | 12/13/2019 | NYS DEPT TAXATION & FINANCE | Unsecured Creditors: Interim Distribution | 4.31 |

| | | | | | |
|---|---|---|---|---|---|
| 39367 | 12/13/2019 | PAETEC | Unsecured Creditors: Interim Distribution | 469.02 | |
| 39368 | 12/13/2019 | PARKWAY CENTER, LLC | Unsecured Creditors: Interim Distribution | 255.18 | |
| 39369 | 12/13/2019 | PHOENIX ELECTRICAL CONTRACTING | Unsecured Creditors: Interim Distribution | 88.93 | |
| 39370 | 12/13/2019 | POLSKY, SHOULDICE & ROSEN, P.C. | Unsecured Creditors: Interim Distribution | 385.72 | |
| 39371 | 12/13/2019 | PREMIER BUSINESS CENTERS | Unsecured Creditors: Interim Distribution | 62.20 | |
| 39372 | 12/13/2019 | PRICE, PROCTOR & ASSOCIATES, LLP | Unsecured Creditors: Interim Distribution | 31.57 | |
| 39373 | 12/13/2019 | PROMENET, INC | Unsecured Creditors: Interim Distribution | 22.33 | |
| 39374 | 12/13/2019 | RMS OMEGA TECHNOLOGIES GROUP, INC. | Unsecured Creditors: Interim Distribution | 27.11 | |
| 39375 | 12/13/2019 | RUBBER STAMP X-PRESS, INC. | Unsecured Creditors: Interim Distribution | 66.41 | |
| 39376 | 12/13/2019 | SANITATION SALVAGE CORP | Unsecured Creditors: Interim Distribution | 149.10 | |
| 39377 | 12/13/2019 | SECURE ON-SITE SHREDDING | Unsecured Creditors: Interim Distribution | 100.71 | |
| 39378 | 12/13/2019 | SHRED ACE, INC. | Unsecured Creditors: Interim Distribution | 5.05 | |
| 39379 | 12/13/2019 | SHRED-IT USA - CHICAGO | Unsecured Creditors: Interim Distribution | 29.78 | |
| 39380 | 12/13/2019 | SIR SPEEDY | Unsecured Creditors: Interim Distribution | 25.89 | |
| 39381 | 12/13/2019 | SOCAL SHRED | Unsecured Creditors: Interim Distribution | 208.06 | |
| 39382 | 12/13/2019 | SO SO SOLUTION INC. | Unsecured Creditors: Interim Distribution | 94.71 | |
| 39383 | 12/13/2019 | SPENCE REHABILITATION CENTER | Unsecured Creditors: Interim Distribution | 4.74 | |
| 39384 | 12/13/2019 | SPL ASSOCIATES | Unsecured Creditors: Interim Distribution | 63.14 | |
| 39385 | 12/13/2019 | STELLUS CAPITAL INVESTMENT CORPORATION | Unsecured Creditors: Interim Distribution | 1,011,285.63 | |
| 39386 | 12/13/2019 | SUBURBAN TERMITE LLC | Unsecured Creditors: Interim Distribution | 31.55 | |
| 39387 | 12/13/2019 | TAGGART PRINTING CORPORATION | Unsecured Creditors: Interim Distribution | 84.07 | |
| 39388 | 12/13/2019 | TEAKTRONICS, INC. | Unsecured Creditors: Interim Distribution | 5,397.46 | |
| 39389 | 12/13/2019 | TGI OFFICE AUTOMATION, INC | Unsecured Creditors: Interim Distribution | 3,762.61 | |
| 39390 | 12/13/2019 | THOMSON REUTERS - WEST | Unsecured Creditors: Interim Distribution | 1,919.00 | |
| 39391 | 12/13/2019 | T-MOBILE | Unsecured Creditors: Interim Distribution | 74.69 | |
| 39392 | 12/13/2019 | TOM EGAN'S CESSPOOL SERVICE, INC | Unsecured Creditors: Interim Distribution | 58.30 | |
| 39393 | 12/13/2019 | W.B. MASON CO. INC. | Unsecured Creditors: Interim Distribution | 6,740.83 | |
| 39394 | 12/13/2019 | WEBMETRO | Unsecured Creditors: Interim Distribution | 6,921.43 | |
| 39395 | 12/13/2019 | WELLS FARGO FINANCIAL LEASING | Unsecured Creditors: Interim Distribution | 512.23 | |
| 39396 | 12/13/2019 | WLNY -TV | Unsecured Creditors: Interim Distribution | 3,452.14 | 1,499,999.82 Total Distribution |
| 39397 | 12/13/2019 | XO COMMUNICATIONS | Unsecured Creditors: Interim Distribution | 5.81 | 1,011,285.63 Stellus - Casss 4 |
| 39398 | 12/13/2019 | YAHOO, INC. | Unsecured Creditors: Interim Distribution | 11,047.40 | 488,714.19 General Unsecured - Class 5 |
| 39399 | 12/17/2019 | POLSKY, SHOULDICE & ROSEN, P.C. | Final Referrals | 42,835.34 | |
| 39400 | 12/23/2019 | FEDEX | Postage | 393.28 | |
| 39401 | 12/23/2019 | METLIFE | Employee Benefits | 110.16 | |
| 39402 | 12/23/2019 | T-MOBILE | Telephone & Communications | 113.22 | |
| 39403 | 12/24/2019 | CITY TREASURER | Income Taxes | 400.09 | |
| | | **TOTAL CHECKS** | | **1,808,720.34** | |

**PAYROLL, PAYROLL TAXES, AND P/R TRANSFERS:**

| | |
|---|---|
| OCTOBER | 40,679.71 |
| NOVEMBER (Includes 4th and final payment of the Employee Retention/Performance Plan. | 111,000.96 |
| DECEMBER | 46,852.91 |
| | **198,533.58** |

**BANK SERVICE CHARGES:**

| | |
|---|---|
| OCTOBER | 1,565.45 |
| NOVEMBER | 1,116.95 |
| DECEMBER | 1,261.55 |
| | **3,943.95** |

**PETTY CASH DISBURSEMENTS:**

| | |
|---|---|
| OCTOBER | 79.69 |
| NOVEMBER | 63.41 |
| DECEMBER | 96.27 |
| | **239.37** |

| | |
|---|---|
| **Total 4th Qtr 2019 Disbursements** | **$2,186,219.50** |

CHAPTER 11 POST-CONFIRMATION
BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | LLC Operating Account #1 | Money Market Reserve Account #4 | Operating Account #23 | Petty Cash | Total Accounts |
|---|---|---|---|---|---|
| Name of Bank: | Capital One | Capital One | Capital One | | |
| Account Number: | x7814 | x8226 | x4372 | | |
| Account Number: | 3124067814 | 7528278226 | 7047214372 | | |
| Purpose of Account (Operating/Payroll/Tax) | Operating | Operating | Operating | | |
| Type of Account (e.g. checking) | Checking | Checking | Checking | | |
| 1. Balance per Bank Statement | 403,009 | 2,447,879 | 39,768 | 40 | 2,890,696 |
| 2. ADD: Deposits not credited | 0 | 0 | 0 | 0 | 0 |
| 3. SUBTRACT: Outstanding Checks | 175,818 | 0 | 0 | 0 | 175,818 |
| 4. Other Reconciling Items | 0 | 0 | 39,668 | 0 | 39,668 |
| 5. Month End Balance (Must Agree with Books) | 227,191 | 2,447,879 | 100 | 40 | 2,675,210 |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br><br>Bank / Account Name / Number | Date of Purchase | Current Value |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Note: Attach copy of each investment account statement.